STEVEN T. GUBNER – SBN 156593
JASON B. KOMORSKY – SBN 155677
JESSICA L. BAGDANOV – SBN 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:         sgubner@bg.law
                   jkomorsky@bg.law
                   jbagdanov@bg.law

MAX FOLKENFLIK – (admitted *pro hac vice*)
FOLKENFLIK & MCGERITY
1500 Broadway, Suite 810
New York, NY 10036
Telephone:  (212)757-0400
Email:         mfolkenflik@fmlaw.net

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER NUTRITIONALS, LLC, a California Limited Liability Company,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOLI NUTRITION, INC., (a CANADIAN CORPORATION); *et al.*,<br><br>*Defendants*. | Case No. 22-cv-02219-SSS-SHK<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS VMG PARTNERS, VMG PARTNERS V, L.P., AND VMG PARTNERS IV, LP WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO DEFENDANTS AND ALL INTERESTED PARTIES:**

Plaintiff Better Nutritionals, LLC hereby files this notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure 41(a)(1)(A)(i) dismissing only defendants VMG Partners, VMG Partners V, L.P., and VMG Partners IV, LP <u>without prejudice</u>.

DATED: March 24, 2023          FOLKENFLIK & MCGERITY LLP

                               By: /s/ Max Folkenflik
                                   Max Folkenflik

                               BG LAW LLP

                               By: /s/ Jessica L. Bagdanov
                                   Jessica L. Bagdanov

                               Attorneys for Plaintiff