RALPH A. GUIRGIS, State Bar No. 143262
ralph.guirgis@clydeco.us
ELIOT L. CARTWRIGHT, State Bar No. 284459
eliot.cartwright@clydeco.us
MINGMEI ZHU, State Bar No. 324616
anna.zhu@clydeco.us
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200
Facsimile:  (949) 567-7850

Attorneys for Defendants,
GOLI NUTRITION, INC., a
CANADIAN CORPORATION, GOLI
NUTRITION INC., a DELAWARE
CORPORATION, DEEPAK AGARWAL,
and MICHAEL BITENSKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER NUTRITIONALS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GOLI NUTRITION, INC., (a CANADIAN CORPORATION); GOLI NUTRITION INC., (a DELAWARE CORPORATION); 12416913 CANADA INC.; DEEPAK AGARWAL; MICHAEL BITENSKY; VMG PARTNERS; VMG PARTNERS V, L.P.; VMG PARTNERS IV, LP; | Case No. 5:22-cv-02219-SSS-SHK<br>[Assigned to U.S.D.J. Sunshine S. Sykes and U.S.M.J. Shashi H. Kewalramani]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served on GOLI NUTRITION, INC., a CANADIAN CORPORATION: February 2, 2023[1]<br>Initial response date:  April 3, 2023<br>Current response date: April 17, 2023<br>New response date: April 28, 2023<br><br>Complaint served on GOLI NUTRITION INC., a DELAWARE CORPORATION: February 2, 2023<br>Initial response date:  April 3, 2023 |

---

[1] As counsel for each of the defendants referenced herein, namely, Goli Nutrition, Inc., Goli Nutrition Inc., Deepak Agarwal, and Michael Bitensky, filed a waiver of service of summons on February 22, 2023, the "February 2, 2023" date for each defendant reflects the date notice of the lawsuit and request for waiver of service of summons was sent.

| | |
|---|---|
| MERICAL, LLC; DLA PIPER LLP (US),<br><br>Defendants. | Current response date: April 17, 2023<br>New response date: April 28, 2023<br><br>Complaint served on Deepak Agarwal: February 2, 2023<br>Initial response date: April 3, 2023<br>Current response date: April 17, 2023<br>New response date: April 28, 2023<br><br>Complaint served on Michael Bitensky: February 2, 2023<br>Initial response date: April 3, 2023<br>Current response date: April 17, 2023<br>New response date: April 28, 2023 |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on December 19, 2022, Plaintiff BETTER NUTRITIONALS, LLC ("Plaintiff") filed a complaint in the United States District Court, Central District of California, bearing caption, *Better Nutritionals, LLC v. Goli Nutrition, Inc. et al*, Case No. 5:22-cv-02219-SSS-SHK (the "Action");

WHEREAS, on December 20, 2022, Plaintiff filed a Chapter 11 Voluntary Petition in the United States Bankruptcy Court, Central District of California, thereby initiating a bankruptcy action bearing case no. 6:22-bk-14723-MH (the "Bankruptcy Action");

WHEREAS, on January 9, 2023, Plaintiff filed a First Amended Complaint in the Action;

Whereas, on January 11, 2023, Plaintiff filed a Corrected First Amended Complaint in the Action;

WHEREAS, on February 22, 2023, counsel for defendants GOLI NUTRITION, INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation, DEEPAK AGARWAL, and MICHAEL BITENSKY (collectively, "Defendants") executed waivers of service of summons, pursuant to which Defendants' responses to the Corrected First Amended Complaint in the Action are all due 60 days from February 2, 2023, or on April 3, 2023;

WHEREAS, on March 28, 2023, the Bankruptcy Action was converted from a case under chapter 11 of the Bankruptcy Code to a case under chapter 7 of the Bankruptcy Code. Larry D. Simons was appointed as the chapter 7 trustee and representative of Better Nutritionals' estate;

WHEREAS, the parties previously agreed and stipulated that Defendants' time to respond to the Corrected First Amended Complaint shall be extended by fourteen (14) days, or to April 17, 2023;

WHEREAS, the parties have now agreed and stipulated that Defendants' time to respond to the Corrected First Amended Complaint shall be extended by an additional eleven (11) days, or to April 28, 2023, thereby, combined with the prior extension, resulting in a total extension of twenty-five (25) days;

WHEREAS, pursuant to Local Rule 8-3, the parties may extend the time to respond to an initial complaint by not more than thirty (30) days without the approval of the Court;

WHEREAS, this further extension will give the chapter 7 trustee additional time to review the allegations of the pleadings herein and the parties additional time to meet and confer regarding same;

WHEREAS, the parties agree that the entry into this Stipulation by Defendants shall not constitute waiver of any defenses that may be available to Defendants under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to Defendants;

WHEREAS, Defendants expressly reserve their rights to raise any such defenses in response to the Corrected First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Defendants, by and through the undersigned counsel, that Defendants' time to respond to the Corrected First Amended Complaint shall be extended by an additional eleven (11) days, or to April 28, 2023.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by Defendants shall not constitute a waiver of any defenses. For the avoidance of doubt, Defendants expressly preserve and do not waive any other defense.

Respectfully submitted,

Dated: April 11, 2023    CHAPTER 7 TRUSTEE, LARRY D. SIMONS

By:  */s/ Larry D. Simons*
Larry D. Simons, solely in his capacity as Chapter 7 trustee and representative of Better Nutritionals, LLC's estate

Dated: April 11, 2023    CLYDE & CO US LLP

By:  */s/ Ralph A. Guirgis*
Ralph A. Guirgis
Eliot L. Cartwright
Mingmei Zhu
Attorneys for Defendants,
GOLI NUTRITION, INC., a CANADIAN CORPORATION, GOLI NUTRITION INC., a DELAWARE CORPORATION, DEEPAK AGARWAL, and MICHAEL BITENSKY

7565240

4

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614.

On April 11, 2023, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

| | |
|---|---|
| BG LAW LLP<br>Steven T. Gubner<br>Jason B. Komorsky<br>Jessica L. Bagdanov<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law<br>Email: ikomorsky@bg.law<br>Email: jbagdanov@bg.law | Attorneys for Plaintiff BETTER NUTRITIONALS, LLC |
| FOLKENFLIK AND MCGERITY LLP<br>Max Folkenflik<br>1500 Broadway, Suite 810<br>New York, NY 10036<br><br>Telephone: (212) 757-0400<br>Email: mfolkenflik@fmlaw.net | Attorneys for Plaintiff BETTER NUTRITIONALS, LLC |
| SKLAR KIRSH LLP<br>Justin M. Goldstein<br>William H. Dance<br>1880 Century Park East<br>Suite 300<br>Los Angeles, CA 90067<br><br>Telephone: (310) 845-6416<br>Facsimile: (310) 929-4469<br>Email: jgoldstein@sklarkirsh.com<br>Email: wdance@sklarkirsh.com | Attorneys for Co-Defendant MERICAL, LLC |

/ / /

/ / /

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 11, 2023, at Irvine, California.

*Conchita Nickles* (signature)
Conchita Nickles

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

7565240

6

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)