STEVEN T. GUBNER – SBN 156593
JASON B. KOMORSKY – SBN 155677
JESSICA L. BAGDANOV – SBN 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        sgubner@bg.law
                  jkomorsky@bg.law
                  jbagdanov@bg.law

Counsel of Record for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BETTER NUTRITIONALS, LLC, a California Limited Liability Company,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOLI NUTRITION, INC., (a CANADIAN CORPORATION); *et al.*,<br><br>*Defendants*. | Case No. 22-cv-02219-SSS-SHK<br><br>**PLAINTIFF BETTER NUTRITIONALS, LLC'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |
|---|---|

**TO DEFENDANTS AND ALL INTERESTED PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff BETTER NUTRITIONALS, LLC ("Plaintiff"), by and through its Chapter 7 trustee, Larry D.

1  Simons, having been duly appointed as the chapter 7 trustee and representative of
2  Plaintiff's bankruptcy estate on March 30, 2023 in Plaintiff's bankruptcy action,
3  bearing caption, *In re: Better Nutritionals, LLC*, United States Bankruptcy Court,
4  Central District of California, case no. 6:22-bk-14723-MH, hereby dismisses this
5  entire action without prejudice.  None of the opposing parties have served either an
6  answer or a motion for summary judgment in this action.  Fed. R. Civ. Proc.
7  41(a)(1)(A)(i).

Dated:  April 19, 2023                              BG LAW LLP


                                                    By:  /s/ Jessica L. Bagdanov
                                                         Jessica L. Bagdanov
                                                         Counsel of Record for Plaintiff


APPROVED:

_____
LARRY D. SIMONS,
Chapter 7 Trustee for Better Nutritionals,
LLC, Real Party in Interest and Plaintiff
Herein

2